UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRACY R. BARKER,

          Plaintiff,

vs.                                                    Case No. 8:05-CV-1390-T-27EAJ

STEVEN YOUNG TOMLINSON,

          Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion to Enter Default Against Defendant (Dkt. 19). In the motion, Plaintiff seeks entry of default against Defendant for failure to cooperate and file a joint case management report.

On November 10, 2005, Plaintiff filed a unilateral case management report (Dkt. 15), which was stricken by the Court on November 29, 2005 as violating Local Rule 3.05(c)(2) (Dkt. 16). On December 15, 2005, the Court ordered the parties to confer regarding the case management report on or before Friday, December 30, 2005 and to file their joint case management report on or before Friday, January 13, 2006 (Dkt. 18). The Court also advised Defendant that his failure to comply with the Order may result in default being entered against him (Dkt. 18).

On January 5, 2006, Plaintiff field a motion for default based on Defendant's failure to cooperate or prepare a joint case management report (Dkt. 19). On February 1, 2006, the Court entered an Order to Show Cause, directing Defendant to show cause in writing why he has failed to comply with the Court's December 15, 2005 order (Dkt. 18) and why default should not be entered against him based on his failure to defend the case (Dkt. 20). The Order warned that Defendant's

1

failure to respond shall entitle Plaintiff to entry of default pursuant to Fed. R. Civ. P. 55 (Dkt. 20).[1]

To date, Defendant has not responded to the Order to Show Cause and no case management report has been filed. Defendant has violated two Court Orders and has failed to defend this case. Entry of default is appropriate pursuant to Fed. R. Civ. P. 55(a). Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Enter Default Against Defendant (Dkt. 19) is **GRANTED**. The Clerk is directed to enter default against Defendant.

**DONE AND ORDERED** at Tampa, Florida this 15th day of February, 2006.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

---

[1] The Order noted that the Court would defer ruling on Plaintiff's motion for default pending Defendant's response to the Order to Show Cause.

2