# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**TRACY R. BARKER,**

        **Plaintiff,**

**vs.**                                       **Case No. 8:05-CV-1390-T-27EAJ**

**STEVEN YOUNG TOMLINSON,**

        **Defendant.**

_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins recommending that Plaintiff's Motion for Entry of Judgment on Behalf of Tracy R. Barker Against the Defendant Steven Young Tomlinson and to Reserve Jurisdiction for the Purpose of Awarding Attorney Fees and Costs (Dkt. 26) be granted (Dkt. 34). The Court notes that the parties did not object to the Report and Recommendation, and the time for filing such objections has elapsed.[1]

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.  Accordingly, it is

**ORDERED AND ADJUDGED** that

1)     The Report and Recommendation (Dkt. 34) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

---

[1] Default was entered against Defendant, Steven Young Tomlinson, on February 17, 2006 (Dkt. 22).

2)    Plaintiff's Motion for Entry of Judgment on Behalf of Tracy R. Barker Against the Defendant Steven Young Tomlinson and to Reserve Jurisdiction for the Purpose of Awarding Attorney Fees and Costs (Dkt. 26) is **GRANTED**.

3)    Plaintiff is awarded damages in the amount of $22,000.00 under the Florida Consumer Collection Practices Act ("FCCPA") and the Federal Fair Debt Collection Practices Act ("FDCPA"), including: statutory damages of $1,000.00 under the FCCPA; statutory damages of $1,000.00 under the FDCPA; actual damages of $10,000.00 under both the FCCPA and FDCPA; and punitive damages of $10,000.00 under the FCCPA.

4)    Judgment is hereby entered in favor of Plaintiff, Tracy R. Barker, against Defendant, Steven Young Tomlinson, in the amount of $22,000.00, for which let execution issue.

5)    Plaintiff shall file her motion for attorney's fees and costs within fourteen (14) days of the date of this Order.

**DONE AND ORDERED** at Tampa, Florida this ___6th___ day of June, 2006.

_____
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record

2